[No. 41907-2-I.     Division One.     August 2, 1999.]

J.N., *Appellant*, v. BELLINGHAM SCHOOL DISTRICT No. 501, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00969-1, Michael F. Moynihan and Vickie I. Churchill, JJ., entered June 20, August 8, and December 2, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Baker, J.

[No. 42015-1-I.     Division One.     August 2, 1999.]

*In the Matter of the Marriage of* MARY K. LAMONICA, *Respondent*, and JOSEPH P. LAMONICA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-02861-8, Leonid Ponomarchuk, J. Pro Tem., entered December 15, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42057-7-I.     Division One.     August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KINNICK BURNETT SANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00293-8, LeRoy McCullough, J., entered January 21, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42584-6-I.     Division One.     August 2, 1999.]

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, *Respondent*, v. NORTHWEST YOUTH SERVICES, *Defendant*, PAUL C. RITCHIE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-01687-0, Steven J. Mura, J., entered April 17, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Baker, J. Now published at 97 Wn. App. 226.